IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JOSEPH GLENN BEATY,** <br> ID # 2137048, <br>     Petitioner, <br><br> v. <br><br> **DIRECTOR, TDCJ-CID,** <br><br>     Respondent. | §§§§§§§§§§§§ | Civil Action No. 3:20-CV-00310-E-BH |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is Petitioner's Motion to Alter or Amend a Judgment. (Doc. 35). The United States Magistrate Judge made findings, conclusions, and a recommendation in this case, which construed Petitioner's motion as a motion to alter or amend the judgment under Federal Rule of Civil Procedure 59(e). (Doc. 36) After extension, Petitioner filed objections to the United States Magistrate Judge's findings, conclusions, and recommendation. (Doc. 39). The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error.

Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Consequently, the Court **DENIES** Petitioner's motion. (Doc. 35).

(*Signature Page Follows*)

**SO ORDERED.**

28th day of April, 2023.

                                                _____
                                                ADA BROWN
                                                UNITED STATES DISTRICT JUDGE